911 A.2d 917

**MERION PUBLICATIONS, INC., Appellee,**

**v.**

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Nov. 21, 2006.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.